

FILED AUG3'26PM12:20
   MDGA-VAL

