**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

FERNANDO D. VALENTINE,

Plaintiff,

v.

WARDEN ROY ODUM, et al.,

Defendants.

Case No. 7:25-cv-103-WLS-ALS

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that James M. Slater of Slater Legal PLLC appears as counsel on behalf of Plaintiff Fernando D. Valentine. The certificate of service for all pleadings, orders, and other papers in this action should include James M. Slater and should be delivered to the address in the undersigned's signature block below.

Dated: August 31, 2026.

Respectfully submitted,

*/s/ James M. Slater*

James M. Slater
Georgia Bar No. 169869
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

*Counsel for Plaintiff Fernando D. Valentine*