**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| FERNANDO D. VALENTINE,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN ROY ODUM, et al.,<br><br>Defendants. | Case No. 7:25-cv-103-WLS-ALS |

**ORDER**

Before the Court is Plaintiff's Motion to Extend Time for Discovery. (Doc. 36). Having reviewed the Motion and the record in this case, and finding good cause shown, the Motion is GRANTED.

The Court finds that additional time is necessary for the parties to complete discovery and adequately prepare the case for resolution on the merits.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's Motion to Extend Discovery Deadline is GRANTED.
2. The discovery period, presently set to expire on September 22, 2026, is EXTENDED by one hundred twenty (120) days.
3. The deadline for completion of discovery shall be January 20, 2027.

SO ORDERED, this ____ day of __________________, 2026.

ALFREDA L. SHEPPARD
UNITED STATES MAGISTRATE JUDGE