**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| FERNANDO D. VALENTINE,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN ROY ODUM, et al.,<br><br>Defendants. | Case No. 7:25-cv-103-WLS-ALS |

**JOINT MOTION FOR PROTECTIVE ORDER**

Plaintiff Fernando Valentine served a subpoena upon nonparty Georgia Department of Corrections ("GDC") regarding the subject matter of this litigation. In response to the subpoena, GDC has objected to disclosure absent a protective order in place to protect the confidentiality of certain records that ordinarily may not be subject to disclosure under state law. While Plaintiff takes the position that such protections do not apply in federal court, to accommodate GDC's concerns and facilitate the timely production of records in this case, the parties jointly move for the Court to enter the attached protective order.

WHEREFORE, the parties jointly request that the Court grant this motion and enter the attached protective order.

Dated: October 16, 2026.

Respectfully submitted,

*/s/ Joshua Tarjan*

Joshua Tarjan
Florida Bar No. 107092
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156

(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com
*Pro Hac Vice*

*/s/ James M. Slater*
James M. Slater
Georgia Bar No. 169869
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

*Co-Counsel for Plaintiff*

*/s/ Spencer L. Fredericks*
Spencer L. Fredericks
Georgia Bar No. 792878
Assistant Attorney General
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334
Tel: (404) 445-6493
Fax: (404) 651-5304
Email: sfredericks@law.ga.gov

*Attorney for Defendants Marjorie Gillum, Miracle Edmonds and Raven Denning*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ Joshua Tarjan*
Joshua Tarjan