**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| FERNANDO D. VALENTINE,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN ROY ODUM, et al.,<br><br>Defendants. | Case No. 7:25-cv-103-WLS-ALS |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT**

Plaintiff seeks leave to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). The proposed amendment adds five defendants whose identities were confirmed or discovered through records produced by the Georgia Department of Corrections ("GDC") in response to a subpoena served during discovery. Defendants consent to the requested amendment. No trial date has been set, no scheduling order has been entered, and discovery remains ongoing. As grounds, Plaintiff states:

**PROCEDURAL HISTORY**

1. Plaintiff *pro se* filed a Complaint in this matter on August 21, 2025, alleging Constitutional claims regarding his confinement at Valdosta State Prison in a cage without a toilet and running water. (Doc. 1).

2. On February 17, 2026, this Honorable Court issued its Order and Recommendation (Doc. 7)[1] ordering service be made on Defendants and setting a 90-day discovery deadline.

[1] On April 8, 2026, the Honorable W. Louis Sands, Sr. adopted the Magistrate's Recommendation. (Doc. 12).

3. In its Order, the Court did not set the matter for trial or issue a more extensive Scheduling Order. *See* Order. (Doc. 7).

4. On August 31, 2026, undersigned counsel filed Notices of Appearance on behalf of Plaintiff. (Docs. 34 and 35).

5. On September 8, 2026, the Court, upon Plaintiff's unopposed Motion for Extension of Time to Complete Discovery (Doc. 36), extended the discovery deadline to January 20, 2026.[2] (ECF No. 37).

6. Plaintiff subsequently served the Georgia Department of Corrections ("GDC") a subpoena for records, and on October 21, 2026 the Court issued a protective order. (Doc 39).

7. Through GDC's subpoena responses, Plaintiff learned the names of additional defendants.

8. Plaintiff now seeks to file a  First Amended Complaint, adding five defendants.

9. On November 20, 2026, Defendants consented to filing the First Amended Complaint and this motion.

10. No trial date has been set and no scheduling order has been issued.

**MEMORANDUM OF LAW**

Rule 15(a)(2) provides that, in cases where amendment is not available as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave," and that "[t]he court should freely give leave when justice so requires."

The Supreme Court has instructed that leave to amend should be granted absent a substantial reason to deny the motion, such as undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility of amendment. *Foman v. Davis*, 371

[2] In his motion for extension, Plaintiff stated his intent to file an amended complaint.

U.S. 178, 182 (1962). The Eleventh Circuit likewise recognizes a strong policy favoring amendment under Rule 15. *See Burger King Corp. v. Weaver*, 169 F.3d 1310, 1319 (11th Cir. 1999) ("Leave to amend should be liberally granted when necessary in the interest of justice.")

## Argument

### A. The Requested Amendment Is Timely and Based on Information Obtained During Discovery.

Here, Plaintiff has been diligently engaging in discovery. The depositions of the three current defendants are scheduled for December 7, 10 and 14, 2026, and undersigned counsel are in discussion with Defendants and GDC to schedule a site visit to Valdosta State Prison.

### B. Defendants Will Not Be Prejudiced by the Amendment.

The proposed amendment will not unfairly prejudice Defendants, who have expressly consented to the filing of the First Amended Complaint. Moreover, the case remains in its early stages procedurally. No trial date has been set, no scheduling order has been entered, and discovery remains ongoing.

### C. The Interests of Justice Favor Resolution of All Related Claims and Parties in a Single Action.

Allowing amendment will promote judicial economy and the efficient resolution of this controversy. The proposed amendment seeks to add defendants whose alleged involvement arises from the same incident and conditions of confinement already alleged in the original Complaint. Litigating all related claims and parties in a single action will avoid duplicative litigation, conserve judicial resources, and facilitate a comprehensive resolution of the dispute.

## Conclusion

Because the amendment is sought in good faith, is based upon newly obtained information, and will not prejudice any party, the interests of justice favor granting leave.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion and enter an order permitting the filing of Plaintiff's First Amended Complaint, filed as an exhibit hereto, and granting such further relief as the Court deems just and proper.

Dated: November 20, 2026.

Respectfully submitted,

*/s/ Joshua Tarjan*
Joshua Tarjan
Florida Bar No. 107092
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747
(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com
*Pro Hac Vice*

*/s/ James M. Slater*
James M. Slater
Georgia Bar No. 169869
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

*Co-Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ Joshua Tarjan*
Joshua Tarjan

**CERTIFICATE OF CONFERRAL**

I hereby certify that on November 20, 2026 I conferred with Spencer L. Fredericks, Esq., counsel for Defendants, regarding the relief requested in this Motion. Defendants have reviewed this Motion and the proposed First Amended Complaint and consent to the filing of both and the relief requested herein. Accordingly, this Motion is submitted as unopposed.

By: *<u>/s/ Joshua Tarjan</u>*
Joshua Tarjan