**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| FERNANDO D. VALENTINE,<br><br>Plaintiff,<br>v.<br><br>WARDEN ROY ODUM, *et al.*,<br><br>Defendants. | Case No.: 7:25-CV-00103-WLS |

**ORDER**

Plaintiff Fernando D. Valentine moves for leave to file an amended complaint. (Doc. 40.) On August 21, 2025, Valentine filed his original complaint while proceeding pro se. (Doc. 1.) A year later, Plaintiff's counsel filed notices of appearance on his behalf. (Doc. 34; Doc. 35.) Through the Georgia Department of Corrections' ("GDC") subpoena responses, Valentine learned the names of additional defendants and seeks leave to file an amended complaint to add five defendants. (Doc. 40 ¶¶ 7–8.) Defendants consent to Valentine filing an amended complaint. (*Id.* ¶ 9.) Plaintiff's counsel also submits that Valentine has been diligently engaging in discovery. (*Id.* at 3.) The depositions of three current defendants are scheduled to take place in December and Plaintiff's counsel are in discussion with Defendants and with GDC to schedule a site visit to the Valdosta State Prison. (*Id.*)

Under Rule 15(a)(2), after the period in which a pleading may be amended as a matter of course has passed, as is the case here, a party may amend a pleading only by the Court's leave or with the opposing party's written consent. Fed. R. Civ. P. 15(a)(2). A court "should freely give leave when justice so requires." *Id.* For good cause shown, and given that Defendants consent to the motion, Valentine's motion for leave to file an amended complaint, (Doc. 40), is **GRANTED**. Valentine shall file his amended complaint within **14 days** of the filing of this order, or no later than **Tuesday, December 8, 2026**.

**SO ORDERED**, this 24th day of November, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**